UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IRON WORKERS' LOCAL NO. 25
PENSION FUND, ET.AL.,                    No. 06-14908

      Plaintiffs,                    District Judge David M. Lawson

v.                                        Magistrate Judge R. Steven Whalen

JAN L. FIREK, an individual d/b/a
A-K BUILDING SYSTEMS, INC.,

      Defendant.
_____/

**ORDER**

The Order to Show Cause entered on May 27, 2008 [Docket #52] is hereby VACATED.

Kathleen Firek shall appear for a creditor's examination at the office of Plaintiff's counsel's office on June 18, 2008, at 1:00 p.m.

SO ORDERED.

                                       S/R. Steven Whalen
                                       R. STEVEN WHALEN
                                       UNITED STATES MAGISTRATE JUDGE

Dated: June 10, 2008

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on June 10, 2008.

                                          S/Gina Wilson
                                          Judicial Assistant